BEFORE THE SECOND DIVISION, OCTOBER 21, 1964

**No. 68841.**—Zanin & Son, Inc. v. United States, protests 59/20174, etc. (New York).

Opinion by Lawrence, J. In accordance with stipulation of counsel that the merchandise consists of brass rods similar in all material respects to those the subject of *Zanin & Son, Inc.* v. *United States* (50 Cust. Ct. 37, C.D. 2385), the claim of the plaintiff was sustained.